**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 221 MAL 2023

                   Respondent    :

                                      :   Petition for Allowance of Appeal
                                      :   from the Order of the Superior Court

                 v.                     :

                                        :

TED FORNEY, III,                        :

                     Petitioner      :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 24th day of August, 2023, the Petition for Allowance of Appeal is **DENIED**.